# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD BEST, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:19-CV-1599 |
| v. | : |
| S.C.I. HUNTINGDON, et al., | : (JUDGE MARIANI) |
| Defendants. | : (Magistrate Judge Saporito) |

## ORDER

Background of this Order:

On October 9, 2019, Magistrate Judge Saporito issued a Report and Recommendation (Doc. 11) concerning the above-captioned matter. He recommended that Plaintiff's Complaint (Doc.1) be dismissed without prejudice for failure to state a claim and that Plaintiff be granted leave to file an amended complaint. (Doc. 11 at 18-19.) Plaintiff's document titled "Complaint" (Doc. 13) was docketed in this Court on October 21, 2019. The Court will accept this filing as the amended complaint contemplated in the R&R (Doc. 11 at 18).

AND NOW, THIS _8th_ DAY OF NOVEMBER 2019, upon review of Magistrate Judge Saporito's Report and Recommendation (R&R) (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 11) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**;

3. Plaintiff's "Complaint" (Doc. 14) is accepted as the amended complaint contemplated in the R&R (Doc. 11 at 18);

4. This matter is **REMANDED** to Magistrate Judge Saporito for further proceedings.

Robert D. Mariani
United States District Judge