UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD BEST, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:19-CV-1599 |
| v. | : |
| S.C.I. HUNTINGDON, et al., | : (JUDGE MARIANI) |
| Defendants. | : (Magistrate Judge Saporito) |

## ORDER

AND NOW, THIS 4TH DAY OF FEBRUARY 2020, upon review of Magistrate Judge Saporito's Report and Recommendation (R&R) (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 15) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Amended Complaint (Doc. 13) is **DISMISSED with prejudice**;

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge