UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD BEST,

    Plaintiff,

v.

S.C.I. HUNTINGDON, et al.,

    Defendants.

:CIVIL ACTION NO. 3:19-CV-1599

:(JUDGE MARIANI)

FILED
SCRANTON
FEB 0 2 2022
Per_____
DEPUTY CLERK

## ORDER

THIS 2Nd DAY OF FEBRUARY 2022, upon consideration of the "Pro se Plaintiff's Motion for Appointment for Attorney" (Doc. 17) filed by Plaintiff Ronald Best, because the above-captioned civil matter was closed on February 4, 2020, (Doc. 16), no additional matters are pending before the Court, and Plaintiff is requesting an attorney only to review his case (id. at 1), the Court has no basis upon which to conclude that Plaintiff is entitled to the appointment of counsel, *see, e.g., Montgomery v. Pinchak*, 294 F.3d 492, 499 (3d Cir. 2002); *Tabron v. Grace*, 6 F.3d 147, 155-57 (3d Cir. 1993), **AND ACCORDINGLY, IT IS HEREBY ORDERED THAT**, Plaintiff's Motion (Doc. 17) is **DENIED**.

Robert D. Mariani
United States District Judge